## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**Civil Action No. 1:18-cv-02049-NG-RML**

ALEX BROLA, individually;
and on behalf of All Others Similarly Situated;

    Plaintiff,

v.

NANO f/k/a RAIBLOCKS f/k/a HIEUSYS, LLC, a Texas company;
COLIN LEMAHIEU, an individual;
MICA BUSCH, an individual;
ZACH SHAPIRO, an individual;
and TROY RETZER, an individual;

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, ALEX BROLA, by and through his undersigned counsel, hereby dismisses with prejudice the claims brought in this action.

Each party is to bear its own costs, expenses, and attorneys' fees associated with the above-captioned action.

Respectfully submitted,

**THE BRAUNSTEIN LAW FIRM, PLLC**

By: _/s/ MICHAEL L. BRAUNSTEIN_
    Michael L. Braunstein, Esq.
    3 Eberling Drive
    New City, New York 10956
    Telephone:     (845) 642-5062
    E-mail: mbraunstein@braunsteinfirm.com

- and -

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065

Civil Action No. 1:18-cv-02049-NG-RML

>Telephone:     (954) 516-6000
>DAVID C. SILVER (*pro hac vice*)
>E-mail: DSilver@SilverMillerLaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   28th   day of September 2018 by using the CM/ECF system, which will send a notice of the electronic filing to the following CM/ECF participant(s): **PETER SCOOLIDGE, ESQ.**, SCOOLIDGE LLP, *Counsel for Defendants Hieusys LLC d/b/a Nano, Colin LeMahieu, Mica Busch, and Troy Retzer*, 315 W. 36th Street, New York, NY 10018, E-mail: Peter@ScoolidgeLLP.com; **SHAWN NAUNTON, ESQ.**, ZUCKERMAN SPAEDER LLP, *Counsel for Defendant Zach Shapiro*, 485 Madison Avenue, New York, NY 10022, E-mail: SNaunton@zuckerman.com.

                                                    /s/ *MICHAEL L. BRAUNSTEIN*
                                                        MICHAEL L. BRAUNSTEIN